JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guru Denim, Inc., etc., ) | SACV 10-01072 JVS (RNBx) |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. ) | |
| AJ Brands, Ltd., et al., ) | |
| Defendant(s). ) | |
| _____ ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED:   May 31, 2012

_____
James V. Selna
United States District Judge