```
 1   Brent H. Blakely (SBN 157292)
     bblakely@blakelylawgroup.com
 2   Cindy Chan (SBN 247495)
     cchan@blakelylawgroup.com
 3   BLAKELY LAW GROUP
     915 North Citrus Avenue
 4   Los Angeles, California 90038                     JS-6
     Telephone: (323) 464-7400
 5   Facsimile: (323) 464-7410

 6   Attorneys for Plaintiff Guru Denim, Inc.

 7

 8                  UNITED STATES DISTRICT COURT

 9                 CENTRAL DISTRICT OF CALIFORNIA

10

11   GURU DENIM, INC., a California       ) CASE NO. SACV 10-01072 JVS (RNBx)
     Corporation dba TRUE RELIGION        )
12   BRAND JEANS,                         ) ORDER RE VOLUNTARY DISMISSAL
                                          ) OF ACTION WITH PREJUDICE
13                     Plaintiff,         )
             vs.                          )
14                                        )
     AJ BRANDS, LTD, a New York           )
15   Corporation formerly known as ZANA-  )
     DI, INC.; HDT HOLDINGS               )
16   CORPORATION, a New York              )
     Corporation; SEARS, ROEBUCK AND      )
17   CO., a New York Corporation; K MART  )
     CORPORATION, a Michigan              )
18   Corporation; THE WET SEAL, INC., a   )
     Delaware Corporation; ALPHA          )
19   GARMENT, INC., a New York            )
     Corporation; ASSAD JEBARA, an        )
20   individual; BRAND RESOURCE, LTD.,    )
     a New York Corporation; CHARLES      )
21   JEBARA, an individual; NEW YORK      )
     POPLIN, LLC, a New York Limited      )
22   Liability Company; DIANE KUCZER,     )
     an individual; HOWARD MENSCH, an     )
23   individual; ROSS STORES, INC., a     )
     California Corporation; and DOES 1-10,)
24   inclusive,                           )
                                          )
25                     Defendants.        )
                                          )
26   _____)

27

28
```

1    IT IS HEREBY ORDERED that this entire action, including all counterclaims,
2  will be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a) .  Each party shall bear
3  their own attorneys' fees and costs associated with this action.
4
5  DATED:  July 10, 2012          By:  _____
6                                          Hon. James v. Selna
                                           **United States District Judge**